Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL LITTLE,<br><br>Defendant. | CASE NO. CR13-0190RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

    a.    HP Pavilion G Series Laptop Computer S/N: 3CF110B7TF;
    b.    HP Pavilion Desktop Computer A310N S/N: MXM3390DXB; and
    c.    Hitachi External Hard Drive S/N: X7GR43KE.

On October 8, 2013, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant MICHAEL LITTLE's interest in the above-referenced property.

The above-referenced property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), based on MICHAEL LITTLE's guilty plea to Count One of the Information, Wire Fraud, in violation of Title 18, United States Code, Section 1343, and his agreement to forfeit the property.

FINAL ORDER OF FORFEITURE - 1
*U.S. v. Michael Little* (Case No. CR13-0190RSL)

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553 – 7970

1  Pursuant to Title 21, United States Code, Section 853(n), the United States
2  published notice on an official government forfeiture website, currently
3  www.forfeiture.gov for thirty (30) days beginning November 17, 2013.  In the
4  publication the United States published notice of the Preliminary Order of Forfeiture and
5  the intent of the United States to dispose of the property in accordance with law.  This
6  notice further stated that any person other than the defendant having or claiming an
7  interest in the property was required to file a petition with the Court within sixty (60)
8  days of the first date of publication, setting forth the nature of the petitioner's right, title,
9  and interest in the property.
10  All persons and entities believed to have an interest in the property subject to
11  forfeiture were given proper notice of the intended forfeiture.
12  No petitioners or claimants have come forth to assert an interest in the forfeited
13  property, and the time for doing so has expired.
14  Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following
15  property is fully and finally condemned and forfeited to the United States in its entirety:

   a. HP Pavilion G Series Laptop Computer S/N: 3CF110B7TF;
   b. HP Pavilion Desktop Computer A310N S/N: MXM3390DXB; and
   c. Hitachi External Hard Drive S/N: X7GR43KE.

19  IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or
20  interest in the above-described property shall exist in any other party.
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

FINAL ORDER OF FORFEITURE - 2
*U.S. v. Michael Little* (Case No. CR13-0190RSL)

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553 – 7970

1     The Department of Homeland Security and its agents and/or representatives is
2 authorized to dispose of the above-listed property in accordance with law.

3     DATED this 15th day of July, 2014.

                                                                       Robert S. Lasnik
                                                                       United States District Judge

Presented by:

 s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   (206) 553-2242
Fax No.:       (206) 553-5934
E-mail:        Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 3
*U.S. v. Michael Little* (Case No. CR13-0190RSL)

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553 – 7970